# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **RYAN E. LEE,** : | |
| Petitioner, : | Case No. 2:07-cv-1179 |
| : | 2:02-cr-004 |
| v. : | |
| : | Judge Holschuh |
| **UNITED STATES OF AMERICA,** : | |
| Respondent. : | |
| : | |

## ORDER

On March 4, 2009, Magistrate Judge Kemp issued a Report and Recommendation recommending that Petitioner's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 be dismissed. The parties were advised of their right to file objections to the Report and Recommendation and notified that failure to do so would result in a waiver of the right to have the district judge review the Report and Recommendation *de novo* and would operate as a waver of the right to appeal the decision of the district court adopting the Report and Recommendation.

No objections have been filed within the time allotted. Accordingly, the Court **ADOPTS** Magistrate Judge Kemp's Report and Recommendation (Doc. 168) and **DENIES** Petitioner's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 156). This action is **DISMISSED**.

**IT IS SO ORDERED.**

Date: April 2, 2009  /s/ **John D. Holschuh**
John D. Holschuh, Judge
United States District Court